# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ROTHSCHILD PATENT IMAGING LLC, § § Plaintiff, § § vs. § § LINE EURO-AMERICAS § CORPORATION § § Defendant. § § | Case No: 2:17-cv-286-RWS |

## ORDER GRANTING UNOPPOSED MOTION TO STAY ALL DEADLINES

On this date came for consideration Plaintiff Rothschild Patent Imaging LLC's Unopposed Motion to Stay All Deadlines and Notice of Settlement. The Court, being of the opinion that same should be GRANTED, it is therefore, ORDERED that the Unopposed Motion to Stay All Deadlines be and is hereby GRANTED, and that all deadlines between Rothschild Patent Imaging LLC and Defendant Line Euros-Americas Corporation are stayed for thirty (30) days.

**SIGNED this 14th day of June, 2017.**

*[signature: Robert W Schroeder III]*

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE