IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ROTHSCHILD PATENT IMAGING LLC § <br> § <br> Plaintiff, § <br> § <br> vs. § <br> § <br> LINE EURO-AMERICAS CORPORATION § <br> § <br> Defendant. § <br> § | Case No: 2:17-CV-286-RWS |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On this date, the Court considered Plaintiff Rothschild Patent Imaging LLC's unopposed motion to dismiss without prejudice Defendant pursuant to Fed. R. Civ. P. 41 (a)(1)(a)(ii).

Therefore, IT IS ORDERED that Plaintiff's claims against Defendant Line Euro-Americas Corporation are dismissed without prejudice with each party to bear its own fees and costs.

SO ORDERED.

**SIGNED this 18th day of July, 2017.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE